**JUDGE CHIN**

**'08 CIV 7200**

Alfred R. Fabricant (AF 8255)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

SAMSUNG ELECTRONICS AMERICA, INC.,

        Plaintiff,

  v.

BRODY ENTERPRISES and EFRAIM BRODY,

        Defendants.

------------------------------------------------x

Civil Action No.

ECF Case

Jury Demanded

AUG 13 2008

## SAMSUNG ELECTRONICS AMERICA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Samsung Electronics Co., Ltd. is the parent corporation of Plaintiff, Samsung Electronics America, Inc., and that no other publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: August 13, 2008

Respectfully submitted,

By _____
Alfred R. Fabricant (AF 8255)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Plaintiff Samsung Electronics America, Inc.

DOCSNY-323300v01