

Alfred R. Fabricant (AF 8255)
Peter Lambrianakos (PL 5075)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 277-6500
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
SAMSUNG ELECTRONICS AMERICA, INC.,   :
:    Civil Action No. 08-CIV-7200 (DC)
Plaintiff,           :
:    ECF Case
v.                       :
:    Jury Demanded
BRODY ENTERPRISES and EFRAIM         :
BRODY,                               :
:
Defendants.          :
------------------------------------x

**STIPULATION AND ORDER EXTENDING DEADLINES AND HEARING DATE
PROVIDED IN THE ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the deadlines and hearing date set forth in the order to show cause with temporary restraints entered on August 13, 2008, be rescheduled as follows:

1.   The preliminary injunction hearing currently scheduled for August 27, 2008, at 9:30 a.m., is rescheduled to September 25, 2008, at 9:30 a.m.

2.   The deadline for Defendants to file and serve their answering papers is extended from August 20, 2008, to September 15, 2008.

3.   The deadline for Plaintiff to file and serve its reply papers, if any, is extended from August 25, 2008, to September 22, 2008.

IT IS FURTHER STIPULATED AND AGREED that the temporary restraints provided by the August 13, 2008 order to show cause with temporary restraints shall remain in full force

and effect pending the September 25, 2008, preliminary injunction hearing and determination of Samsung's motion for a preliminary injunction.

Agreed to:

By: _____
Alfred R. Fabricant
Peter Lambrianakos
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for Plaintiff*

By: _____
David Karp    (DK-2899)
LAW OFFICE OF MOSHE D. FULD, P.C.
38 W. 32nd Street
New York, New York 10001
*Attorneys for Defendants*

SO ORDERED:

DATED this 25th day of August, 2008

_____
Hon. Denny Chin
United States District Judge

2

DOCSNY-324339v01